

| | | |
|---|---|---|
| **MICHAEL A. CARDOZO**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **ERICA M. HABER**<br>phone: (212) 788-1357<br>fax: (212) 788-9776<br>email: ehaber@law.nyc.gov |

December 8, 2011

**VIA ECF**
Honorable Roanne L. Mann
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    <u>Keiry Hernandez v. The City of New York, et al.</u>
                11 CV 1317 (SJ) (RLM)

Your Honor:

        I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department and am assigned to represent defendants The City of New York and P.O. Richard C. Gotterbarn (hereinafter referred to collectively as "Defendants") in the above-referenced matter.

        I write, with the consent of plaintiff's counsel, Kim Richman, Esq., to respectfully advise the Court that the parties have agreed to settle this matter. We are in the process of preparing the necessary paperwork, and will forward a fully-executed Stipulation of Settlement to the Court as soon as possible.

        Based on the foregoing, the parties respectfully request that the Settlement Conference scheduled for tomorrow, December 9, 2011, at 2:00 p.m. be canceled. We apologize to the Court for this belated request. Thank you for your consideration herein.

                Respectfully submitted,

                /s/

                Erica M. Haber
                Assistant Corporation Counsel
                Special Federal Litigation Division

cc:    Kim Richman, Esq.
       (*via ECF*)